UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. B-11-50808

IN RE:                              ]
                                    ]
GREGORY SCOTT WADE                  ]         **MOTION FOR PAYMENT OF**
EUGENIA RENZI WADE                  ]            **UNCLAIMED FUNDS**
                                    ]
                   Debtor(s)        ]
_____     ]

NOW COMES Bruce Magers, Trustee, and shows unto the Court the following:

1. A final distribution was made in this proceeding, and more than ninety (90) days have passed since said distribution.

2. The following distribution check(s) remain unclaimed:

| Check Number | Claim Number | Check Date | Claimant/Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 1008 | 3 | 09/04/12 | RBC Bank<br>P.O. Box &#035;869<br>Buffalo, NY 14240-0869 | $1,733.92 |

WHEREFORE, Trustee requests an Order of this Court directing that the above check(s) be paid to the Clerk, U. S. Bankruptcy Court, as unclaimed funds.

This the 3 day of January, 2013.

                                        *s/Bruce Magers*
_____          _____
                                        Bruce Magers, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. B-11-50808

IN RE:                              ]
                                    ]
GREGORY SCOTT WADE                  ]         **CERTIFICATE OF SERVICE**
EUGENIA RENZI WADE                  ]
                                    ]
            Debtor(s)               ]
                                    ]

    This is to certify that the undersigned has this date served this **MOTION FOR PAYMENT OF UNCLAIMED FUNDS** in the above-entitled action upon the following parties by depositing a copy thereof in a postpaid envelope under the exclusive care and custody of the U. S. Postal Service, properly addressed as follows:

        Michael D. West, Esq.
        U. S. Bankruptcy Administrator
        Middle District of North Carolina
        P. O. Box 1828
        Greensboro, NC 27402

This the 3 day of January, 2013.

        *s/ Bruce Magers*
        Bruce Magers, Trustee